IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| KENNETH CAVETT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  C10-1302-JCC-MAT<br><br>(~~PROPOSED~~) ORDER |

Based upon consideration of the Defendant's Motion for an amended scheduling order, the Declaration of Terrye E. Shea in support of the request, and noting that Plaintiff's counsel does not object, it is hereby ORDERED:

1.	Defendant's responsive brief is due by February 7, 2011; and

2.	Plaintiff's optional reply brief is due by February 14, 2011.

DATED this 3rd day of January, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:
s/ Terrye E. Shea   WSB # 27609
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 221A
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov