1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

KENNETH CAVETT,                              Civil No.  C10-1302-JCC-MAT

        Plaintiff,

    vs.                                       ORDER AMENDING THE
                                               SCHEDULING ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

        Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

•       Defendant shall have up to and including February 22, 2011, to file Defendant's

        responsive brief; and

•       Plaintiff shall have up to and including March 8, 2011, to file an optional reply brief.

        DATED this 4th day of February, 2011.

                                              _____
                                              Mary Alice Theiler
                                              United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
_____
TERRYE E. SHEA, WSB #27609
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration

Page 1  ORDER - [C10-1302-JCC-MAT]